# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Thomas E. Ray, III,

       Petitioner,

v.                                   **ORDER**
                                      Criminal File No. 03-438 (MJD/JGL)

United States of America,

       Respondent.

This matter is before the Court on Petitioner Thomas E. Ray, III's ("Petitioner") application to proceed *in forma pauperis* ("IFP") in connection with a petition under 28 U.S.C. § 2255.  [Docket No. 109, 110].  There is no requirement that Petitioner pay any fees associated with the filing of the 2255 petition, and thus Petitioner's IFP application is moot.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees [Docket No. 110] is **DENIED** as moot.

Dated: July 27, 2006                  s / Michael J. Davis
                                         Michael J. Davis
                                         United States District Court Judge